IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| RONALD WYNN, | : | |
| Petitioner | : | |
| v. | : | 5:02-CR-42 (WDO) |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | |

**ORDER**

Having carefully considered the Magistrate Judge's Report and Recommendation to deny Petitioner's motion to further reduce his sentence, and Petitioner's objections to the Recommendation, the Recommendation is ADOPTED and made the order of the Court. Petitioner's motion is DENIED.

**SO ORDERED this 10th day of July, 2007.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**