IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RONALD WYNN,                          :
                                      :
                    Petitioner        :
                                      :
            VS.                       :     5:02-cr-42 (WDO)
                                      :
UNITED STATES OF AMERICA,             :
                                      :
                    Respondent        :     **O R D E R**
_____

Before the Court is petitioner **RONALD WYNN'S** "Notice of Appeal" (Tab # 58). The Court construes the notice of appeal as a motion for the issuance of a certificate of appealability ("COA") pursuant to 28 U.S.C. § 2253(c). *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997) (mandating that a notice of appeal by a *pro se* petitioner be construed as a request for a COA). Under 28 U.S.C. § 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right.

For the reasons stated in the Magistrate Judge's recommendation, and adopted by this Court's order, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Accordingly, petitioner is **DENIED** the issuance of a COA.

**SO ORDERED**, this 27th day of July, 2007.


                                      *s/  Hugh Lawson*
                                      HUGH LAWSON
                                      UNITED STATES DISTRICT JUDGE

cr