**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| RONALD WYNN, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| VS. | : | |
| | : | NO. 5:02-CR-42 (WDO) |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent | : | **O R D E R** |

On July 27, 2007, this Court entered an order (Tab # 60) denying petitioner's motion for the issuance of a certificate of appealability ("COA") after finding that petitioner had not made a substantial showing of the denial of a constitutional right in accordance with 28 U.S.C. § 2253(c)(2). On August 21, 2007, petitioner filed a second COA (Tab # 71). For the reasons set forth in the Court's previous order of July 27th, petitioner's motion is **DENIED.**

**SO ORDERED**, this 22nd day of August, 2007.


_s/　**Hugh Lawson**_
HUGH LAWSON
UNITED STATES DISTRICT JUDGE


cr